Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES L. BOBO,<br><br>               Plaintiff,<br>     v.<br><br>COUNTRYWIDE HOME LOANS,<br><br>               Defendant. | No. C13-1528RAJ<br><br>ORDER OF DISMISSAL |

    The complaint in the above-captioned matter was filed on September 4, 2013. On January 23, 2014, the court entered an order requiring Plaintiff to show cause no later than February 6, 2014, why the complaint should not be dismissed without prejudice for failure to prosecute based on Plaintiff's failure to provide proof of service of the summons and complaint upon Defendant. There has been no response by Plaintiff, and no proof of service has been provided.

    As there has been no showing that proper service of the summons and complaint has been made on Defendant as required by Fed. R. Civ. P. 4(m), this matter is DISMISSED without prejudice for failure to prosecute.

    DATED this 7th day of February, 2014.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge